No. 75–1009. DUNLOP HOLDINGS, LTD. v. RAM GOLF CORP. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–5220. FROST v. MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 2d Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–655. WILSON ET AL. v. MEANS ET AL. C. A. 8th Cir. Motion of respondents for leave to proceed in forma pauperis granted. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 75–669. SIELAFF, CORRECTIONS DIRECTOR, ET AL. v. HICKMAN. C. A. 7th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 75–711. WESTERN AIRLINES, INC. v. CONTINENTAL AIR LINES, INC. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE BLACKMUN would grant certiorari.

No. 75–864. LAVALLEE, CORRECTIONAL SUPERINTENDENT v. LLUVERAS. C. A. 2d Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE BLACKMUN would grant certiorari.

No. 75–994. LIVINGSTON v. SHELTON. Sup. Ct. Wash. Certiorari denied. Motion of respondent for award of damages for delay denied.